Charles B. KRIEGEL and Patricia A. Kriegel, Appellants,

v.

The NORTH RIVER INSURANCE COMPANY, Respondent.

No. WD 47551.

Missouri Court of Appeals, Western District.

March 15, 1994.

James A. Rahm, Rahm, Crawford & Wendel, Carrollton, for appellants.

Douglas R. Richmond, Robert G. Rooney, Armstrong, Teasdale, Schlafly & Davis, Kansas City, for respondent.

Before TURNAGE, C.J., and LOWENSTEIN and HANNA, JJ.

### *ORDER*

PER CURIAM:

Appeal from a judgment in an automobile collision case.

Affirmed. Rule 84.16(b).